Not for Publication in West's Federal Reporter

# United States Court of Appeals
## For the First Circuit

No. 19-1062

OTHMANE IDY,

Petitioner,

v.

WILLIAM P. BARR,
UNITED STATES ATTORNEY GENERAL,

Respondent.

PETITION FOR REVIEW OF AN ORDER OF
THE BOARD OF IMMIGRATION APPEALS

Before

Torruella, Selya, and Kayatta,
Circuit Judges.

Robert E. McDaniel, with whom The McDaniel Law Office, LLC was on brief, for petitioner.

Lindsay Corliss, Trial Attorney, Office of Immigration Litigation, U.S. Department of Justice, with whom Joseph H. Hunt, Assistant Attorney General, Civil Division, and Brianne W. Cohen, Senior Litigation Counsels, Office of Immigration Litigation, were on brief, for respondent.

September 13, 2019

**PER CURIAM.** The petition for judicial review in this case turns on a single issue — an issue that we recently addressed and resolved in an opinion issued on September 6, 2019. See Goncalves Pontes v. Barr, ___ F.3d ___ (1st Cir. 2019) [No. 19-1053]. There is no need for us to reinvent the wheel. Rather, we summarily deny the petition for judicial review in this case for substantially the reasons elucidated in the Goncalves Pontes opinion.

The petition for judicial review is summarily

**Denied**. See 1st Cir. R. 27.0(c).